**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DIANA PHILLIPS**                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO.: 3:10CV00113 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Plaintiff Diana Phillips's appeal is denied and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 26th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE