IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DIANA PHILLIPS**                                                              **PLAINTIFF**

**V.**                         **CASE NO.: 3:10CV00113 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

Under the mandate in *Phillips v. Astrue*, __ F.3d __ (8th Cir. 2012) (docket entry #21), this case is hereby remanded to the Commissioner for action consistent with the opinion of the Court of Appeals for the Eighth Circuit

IT IS SO ORDERED this 30th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE