**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DIANA PHILLIPS** **PLAINTIFF**

**V.** **CASE NO. 3:10CV00113 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration** **DEFENDANT**

**ORDER**

Plaintiff Diana Phillips has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #22). In her motion, Ms. Phillips requests fees and expenses in the amount of $1,995.87. The Commissioner does not object to the amount requested (#27). Accordingly, Ms. Phillips's motion (#22) is GRANTED, and she is awarded $1,995.87 in fees and expenses.

Under the Treasury Department's Offset Program ("TOP"), attorney's fee awards are subject to administrative offset if the plaintiff has outstanding federal debts. The Commissioner should contact the Treasury Department to determine whether Ms. Phillips owes any debt, as of the date of this Order. If Ms. Phillips owes a debt covered by the TOP, the Commissioner must pay the EAJA award directly to her, after deducting any amount owed under the TOP. If Ms. Phillips does not owe a debt covered by the TOP, however, the Commissioner is ordered to make the EAJA award check payable directly to Ms. Phillips's attorney, Anthony W. Bartels, and mail it to Mr. Bartels.

DATED this 14th day of May, 2012.

UNITED STATES MAGISTRATE JUDGE